UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: CLEVELAND BROTHERS DATA INCIDENT LITIGATION | : : : : : : : : : : : : |

Case No. 1:23-cv-00501-JPW

JOINT NOTICE OF SETTLEMENT

### NOTICE OF SETTLEMENT

Notice is hereby given that Plaintiffs Randy Thomas, Gabrielle Thomas, and Robert MacMichael ("Plaintiffs") and Defendant Cleveland Brothers, Inc. ("Defendant") (together with Plaintiffs, the "Parties"), have reached a settlement in principle. The Parties are in the process of preparing a written settlement agreement and anticipate filing the appropriate preliminary approval papers within the next thirty (30) days. Therefore, Plaintiffs request that the Court vacate all other deadlines and the pending Motion to Dismiss in this matter based on the Parties' settlement in principle and set a deadline for the motion for preliminary approval to be filed by March 14, 2024.

Dated: February 12, 2024

Respectfully Submitted,

/s/ *Jill H. Fertel*
Jill H. Fertel, Esquire
**CIPRIANI & WERNER, P.C.**
450 Sentry Parkway, Suite 200
Blue Bell, PA 19422
Phone: 610-56740700
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: CLEVELAND BROTHERS<br>DATA INCIDENT LITIGATION | Case No. 1:23-cv-00501-JPW<br><br>JOINT NOTICE OF SETTLEMENT |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 12, 2024 the Joint Notice of Settlement was filed with the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

_/s/ Jill H. Fertel_

Jill H. Fertel, Esquire