UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: CLEVELAND BROTHERS DATA INCIDENT LITIGATION** | Case No. 1:23-cv-00501-JPW |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that Plaintiffs Randy Thomas, Gabrielle Thomas, and Robert MacMichael ("Plaintiffs"), individually, and on behalf of the putative Class, respectfully move the Court pursuant to Federal Rules of Civil Procedure Rule 23(e) for an Order: (i) granting preliminary approval of the proposed Settlement, (ii) preliminarily certifying a class for purposes of the Settlement, (iii) appointing Plaintiffs as Class Representatives, (iv) appointing Laura Van Note of Cole & Van Note and David K. Lietz of Milberg Coleman Bryson Phillips Grossman PLLC as Class Counsel, (v) approving the Parties' proposed form and method of giving notice of the pendency of this action and the Settlement to the Settlement Class, (vi) directing that notice be given to the Settlement Class, (vii) scheduling a hearing, at which time the Court will consider the request for final approval of the Settlement and request for attorneys' fees, expenses, and service awards to Plaintiffs, and (viii) granting such other relief as the Court deems just and proper.

1

Defendant Cleveland Brothers Equipment Company, Inc. does not object to the relief sought by Plaintiffs.

This Motion is based upon the accompanying Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, and its exhibits thereto, including the Settlement Agreement and Release, the Declaration of Counsel in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, and all prior pleadings and proceedings properly before the Court.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: March 14, 2024 | */s/ Laura Van Note* <br> Laura Van Note, Esq. (admitted *pro hac vice*) <br> **COLE & VAN NOTE** <br> 555 12th Street, Suite 2100 <br> Oakland, California 94607 <br> Telephone: (510) 891-9800 <br> Facsimile:  (510) 891-7030 <br> Email:     lvn@colevannote.com <br> Web:       www.colevannote.com <br>  <br> David K. Lietz (admitted *pro hac vice*) <br> **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC** <br> 5335 Wisconsin Avenue NW, Suite 440 <br> Washington, D.C. 20015-2052 <br> Phone:     (866) 252-0878 <br> Fax:         (202) 686-2877 <br> Email:      dlietz@milberg.com <br>  <br> Randi Kassan, Esq. <br> **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** <br> 100 Garden City Plaza <br> Garden City, NY 11530 <br> Telephone:  (212) 594-5300 <br> Email:        rkassan@milberg.com <br>  <br> Attorneys for Representative Plaintiffs and the Proposed Class |

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 14, 2024 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

                                              */s/ Laura Van Note*
                                              Laura Van Note