UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: CLEVELAND BROTHERS DATA INCIDENT LITIGATION | Case No. 1:23-cv-00501-JPW |

## UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLMENT

Pursuant to Federal Rules of Civil Procedure Rule 23, Plaintiffs, individually and on behalf of the Settlement Class, respectfully move the Court for Final Approval of Class Action Settlement for the reasons outlined in the concurrently filed Memorandum of Law.

Defendant does not object to the relief sought in this motion. Also, no Settlement Class Member has filed any objection to this Settlement or to Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards. ECF 31.

Dated: August 13, 2024        Respectfully submitted,

/s/ Laura Van Note
Laura Van Note, Esq.
(Admitted *Pro Hac Vice*)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: lvn@colevannote.com

1

David K. Lietz, Esq.
(admitted *Pro Hac Vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW, Suite 440 Washington, D.C. 20015-2052
Phone: (866) 252-0878
Fax: (202) 686-2877
Email: dlietz@milberg.com

Randi Kassan, Esq.
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
100 Garden City Plaza
Garden City, NY 11530
Telephone: (212) 594-5300
Email: rkassan@milberg.com

*Attorneys for Representative Plaintiffs and the Settlement Class*