UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: CLEVELAND BROTHERS DATA INCIDENT LITIGATION** | Case No. 1:23-cv-00501-JPW |

**ORDER**
**GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES,**
**COSTS, AND SERVICE AWARDS**

Before the Court is Plaintiffs' Motion requesting that the Court enter an Order granting Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards.

Having reviewed and considered the motion for attorneys' fees, costs, and service awards, and having conducted a Final Approval Hearing on August 27, 2024 at which time argument on the attorneys' fee motion was presented, the Court makes the following findings and grants the relief set forth below:

**IT IS ON THIS** 27th day of August, 2024,

**ORDERED** that:

1. Plaintiffs' request for attorneys' fees in the amount of $150,000.00 is granted.

2. Plaintiffs' request for litigation costs in the amount of $10,777.83 is granted.

3. Plaintiffs' request for service awards in the amount of $2,500.00 per Class Representative ($7,500.00 total) is granted.

    s/Jennifer P. Wilson
Hon. Jennifer P. Wilson
United States District Judge